Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−33408−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Deanna M Sydnor
   aka Deanna M Tull
   1004 Grant Street
   High Point, NC 27262

Social Security No.:
   xxx−xx−2100

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/26/16.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 26, 2016
JJW: bc

James J. Waldron
Clerk

                                 Certificate of Notice    Page 2 of 3

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                              Case No. 14-33408-ABA
Deanna M Sydnor                                                     Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 2              Date Rcvd: Aug 26, 2016
                              Form ID: 148                Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 28, 2016.
db             +Deanna M Sydnor,    1004 Grant Street,    High Point, NC 27262-3239
515177770     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                (address filed with court: Credit Acceptance,     25505 12 Mile Road,    Southfield, MI   48034)
515177769      +Cenlar,   PO Box 77407,    Ewing, NJ 08628-6407
515177772      +Eastern Account Systems,    75 Glen Road,   Suite 110,    Sandy Hook, CT 06482-1175
515177773      +Enhanced Recovery Corp,    PO Box 57547,   Jacksonville, FL 32241-7547
515353913      +New Jersey Housing & Mortgage Finance Agency,     Cenlar FSB,    425 Phillips Boulevard,
                Ewing, NJ 08618-1430
515177778      +SOuth Jersey Gas,    PO Box 577,   Hammonton, NJ 08037-0577
515177779      +Verizon,    PO Box 5029,   Wallingford, CT 06492-7529

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 26 2016 23:47:33      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 26 2016 23:47:28      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515269995       EDI: AIS.COM Aug 26 2016 23:33:00      American InfoSource LP as agent for,    Verizon,
                PO Box 248838,    Oklahoma City, OK 73124-8838
515177768      +E-mail/Text: bankruptcy@pepcoholdings.com Aug 26 2016 23:47:14      Atlantic City Electric,
                Customer Care,    5 Collins Drive-Suite 3381,    Carneys Point, NJ 08069-3600
515177771      +EDI: RCSFNBMARIN.COM Aug 26 2016 23:33:00      Credit One Bank,    PO Box 98873,
                Las Vegas, NV 89193-8873
515177774      +EDI: AMINFOFP.COM Aug 26 2016 23:33:00      First Premier Bank,    601 SOuth Minnesota Avenue,
                Sioux Falls, SD 57104-4868
515177775      +EDI: HFC.COM Aug 26 2016 23:33:00      HSBC Bank,    PO Box 9,   Buffalo, NY 14240-0009
515177776      +EDI: RESURGENT.COM Aug 26 2016 23:33:00      LVNV Funding,    PO Box 10497,
                Greenville, SC 29603-0497
515177777       EDI: PRA.COM Aug 26 2016 23:33:00      Portfolio Recovery Associates,    120 Corporate Boulevard,
                Suite 100,   Norfolk, VA 23502
515323438       E-mail/Text: ebn@vativrecovery.com Aug 26 2016 23:47:15      Palisades Collections, LLC,
                VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Collections, LLC,
                P.O. Box 40728,    Houston, TX 77240-0728
515247392       EDI: NEXTEL.COM Aug 26 2016 23:33:00      Sprint,    Attn Bankruptcy Dept,    PO Box 7949,
                Overland Park KS 66207-0949
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515331846*       Palisades Collections, LLC,    VATIV RECOVERY SOLUTIONS LLC, dba SMC,
                 As agent for Palisades Collections, LLC,    P.O. Box 40728,   Houston, TX 77240-0728
515344490*       Palisades Collections, LLC,    VATIV RECOVERY SOLUTIONS LLC, dba SMC,
                 As agent for Palisades Collections, LLC,    P.O. Box 40728,   Houston, TX 77240-0728
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2016                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 26, 2016 at the address(es) listed below:
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2               Date Rcvd: Aug 26, 2016
                              Form ID: 148             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Joshua I. Goldman   on behalf of Creditor   New Jersey Housing & Mortgage Finance Agency
          jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         Moshe  Rothenberg   on behalf of Debtor Deanna M Sydnor mosherothenbergbkesq@gmail.com,
          alyson@mosherothenberg.com

                                                                                               TOTAL: 5